# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5427
_____

SYLVIA HUBBARD, an individual,
and MINORITY ALLIANCE
ADVOCATING COMMUNITY
AWARENESS AND ACTION, INC., a
Florida not-for-profit
corporation,

    Petitioners,

    v.

BIG BEND CARES, INC., a Florida
nonprofit corporation, and
ROBERT RENZI, an individual,

    Respondents.

_____

Petition for Writ of Certiorari.

May 18, 2018

PER CURIAM.

    DENIED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Elena Komsky of Marie A. Mattox, P.A., Tallahassee, for Petitioners.

Jason C. Taylor of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Tallahassee, for Respondents.